CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING  
IN THIS OR ANY OTHER UNITED STATES COURT

FILED  
DEC 22 2006  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

Civil Action No. 06 2183  
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   - [ ] (a) relates to common property
   - [x] (b) involves common issues of fact
   - [x] (c) grows out of the same event or transaction
   - [ ] (d) involves the validity or infringement of the same patent
   - [ ] (e) is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):  
   U.S. District Court for the Northern District of California

4. CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   Ma _____ v. Alliance Semiconductor Corp., et al. _____ C.A. No. 3-06-6511

   12/22/06  
   DATE

   Signature of Plaintiff/Defendant (or counsel)

   2

In the United States District Court for the:

**Civil Action          Short Caption**

Northern District of Alabama
  2-06-4633          Morgan v. Alliance Semiconductor Corp., et al.

Eastern District of Arkansas
  4-06-1585          Miles v. Samsung Electronics Co. Ltd., et al.

Central District of California
  2-06-6674          Price v. Cypress Semiconductor Corp., et al.
  8-06-1021          Bisel v. Cypress Semiconductor Corp., et al

Northern District of California
  3-06-6491          Dataplex v. Alliance Semiconductor Corp., et al
  3-06-6501          Proiette v. Cypress Semiconductor Corp., et al
  3-06-6511          Ma v. Alliance Semiconductor Corp., et al
  3-06-6533          Reclaim Center, Inc., et al. v. Samsung Electronics Co, Ltd., et al.
  3-06-6534          Ribo v. Cypress Semiconductor Corp., et al
  3-06-6541          Madsen, et al. v. Samsung Electronics Co., Ltd., et al.
  3-06-6652          Westell Technologies Inc. v. v. Alliance Semiconductor Corp., et al
  3-06-6663          Takeda v. v. Alliance Semiconductor Corp., et al
  3-06-6668          Juskiewicz v. Samsung Electronics Co., Ltd., et al.
  3-06-6698          Chip-Tech, Ltd. V. v. Cypress Semiconductor Corp., et al
  3-06-7006          Thompson, et al. v. v. Alliance Semiconductor Corp., et al
  3-06-7194          Katz v. Samsung Electronics Co., Ltd., et al.
  4-06-6542          Maites, et al. v. Samsung Electronics Co., Ltd., et al.
  4-06-6770          Ayers, et al. v. Samsung Electronics Co., Ltd., et al.
  4-06-7007          Stargate Films, Inc. v. Alliance Semiconductor Corp., et al.

Southern District of California
  3-06-2385          Munoz v. Samsung Electronics Co., Ltd., et al.

District of Colombia
  1-06-1934          Bly v. Alliance Semiconductor Co., Ltd., et al.

Northern District of Florida
  3-06-493           Barnes v. Samsung Electronics Co., Ltd., et al.

District of Idaho
  1-06-459           Davis, et al. v. Alliance Semiconductor Corp., et al.

District of Massachusetts
  1-06-12020         Diamond v. Samsung Electronics Co., Ltd., et al.

**Civil Action**       **Short Caption**

District of Main
2-06-213            Kramer v. Alliance Semiconductor Corp., et al.
Western District of Michigan
1-06-825            Bagwell v. Alliance Semiconductor Corp., et al.

District of Minnesota
0-06-4382           Fairmont Orthopedics & Sports Medicine, PA v. Samsung Electronics Co., Ltd., et al.

District of Montana
1-06-150            Kornegay v. Samsung Electronics Co., Ltd., et al.

District of North Dakota
3-06-94             Cater v. Samsung Electronics Co., Ltd., et al.

District of New Jersey
2-06-5462           Steinberg v. Alliance Semiconductor Corp., et al.

District of South Carolina
6-06-3332           McDonald v. Alliance Semiconductor Corp., et al.

Eastern District of Tennessee
2-06-251            Bensen, et al. v. Alliance Semiconductor Corp., et al.

Eastern District of Wisconsin
2-06-1154           Stawski v. Samsung Electronics Co., Ltd., et al.

Southern District of West Virginia
2-06-951            Jacobs v. Alliance Semiconductor Corp., et al.
2-06-961            Lambert, et al. v. Samsung Electronics Co., Ltd., et al.