OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

1301 Clay Street, Suite 400South
Oakland, CA 94612-5212
510-637-3530

March 22, 2007

Clerk, U.S. District Court
District of Columbia
1225 E. Barrett Prettyman
  United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

*CA 06-2183 EGS*

Re: MDL 1819

Dear Sir/Madam:

Enclosed is a certified copy of the order entered by the Judicial panel on Multidistrict Litigation transferring the action below to the **Northern District of California, Oakland Division**. The case has been assigned to the Honorable Claudia Wilken for coordinated or consolidated pretrial processing pursuant to 28§1407. We have assigned a civil case number to each case to be transferred to this district as listed below.

Please forward your file(s) along with a certified copy of your docket to the **above address** to the attention of the undersigned. If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. When you send your file(s) please refer to **our** civil case number(s) and/or include this transmittal with the case file.

| Title of Case(s) | Your Case Number(s) | Our Case Number |
|---|---|---|
| Rebecca Bly v. Alliance Semiconductor Corp. | 1:06-1934 | 4:07-cv-1623-CW |
| Reuben Canada v. Samsung Electronics Co. | 1:06-2183 | 4:07-cv-1624-CW |

Sincerely yours,
Richard W. Wieking, Clerk

By: Clara Pierce
Case System Administrator

Encl.
cc: Clerk, MDL